UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IMMIGRATION REFORM LAW INSTITUTE,<br><br>      Plaintiff,<br><br>      v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.,<br><br>      Defendants. | Civil Action No. 24-2818 (RC) |

## NOTICE OF APPEARANCE

Defendants request that the Clerk of the Court please enter the appearance of Assistant United States Attorney Diana V. Valdivia as counsel for Defendants in the above-captioned case.

Dated:  April 17, 2025

Respectfully submitted,

*/s/ Diana V. Valdivia*
Diana V. Valdivia, D.C. Bar # 1006628
Assistant United States Attorney
601 D Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 252-2545
diana.valdivia@usdoj.gov