UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IMMIGRATION REFORM LAW INSTITUTE,<br><br>            Plaintiff,<br><br>      v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.,<br><br>            Defendants. | Civil Action No. 24-2818 (RC) |

**JOINT STATUS REPORT**

Pursuant to the Court's February 20, 2025, Minute Order, Plaintiff Immigration Reform Law Institute, and Defendants Department of Education ("Education"), Department of State ("State"), United States Citizenship and Immigration Services ("USCIS"), and United States Immigration and Customs Enforcement ("ICE"), by and through undersigned counsel, respectfully submit this Joint Status Report.

1. This case stems from Plaintiff's November 30, 2023, Freedom of Information Act ("FOIA") requests to each Defendant for records related to communications with university or college employees containing the words "Israel," "Palestine," "Gaza," or "Hamas," among others.

2. As Education previously reported, in the course of processing Plaintiff's Appeal 24-00034-A (related to Plaintiff's FOIA Request 24-00508-F, to which Education issued a final response indicating that no responsive records were located), Education conducted a supplemental search for responsive records, which located approximately 370 pages potentially responsive to Plaintiff's FOIA Request 24-00508-F/Appeal 24-00034-A.

3. Education now reports that it completed processing the results of its supplemental search and, on February 28, 2025, it made a 360 page production of responsive records to Plaintiff. Education understands that Plaintiff is still in the process of reviewing this production. Education will work with Plaintiff to resolve any challenges.

4. As previously reported, State completed its production in November 2024, and will work with Plaintiff to resolve any challenges.

5. As previously reported, consistent with USCIS's responses in Defendants' Answer (ECF No. 11), USCIS conducted a search for responsive records, which yielded none.

6. ICE represents that it is still processing the request. ICE anticipates a finalized response and production in the near future.

7. The Parties jointly propose that they file a further Joint Status Report on or before July 17, 2025, and every 90 days thereafter until productions are complete.

Dated: April 18, 2025

Respectfully submitted,

*/s/ David Leon Jaroslav*
DAVID LEON JAROSLAV
MATTHEW JAMES O'BRIEN
Immigration Reform Law Institute
25 Massachusetts Avenue, N.W.
Suite 335
Washington, DC 20001
Phone: 571-236-8146
Djaroslav@irli.Org
Mobrien@irli.Org

*Counsel for Plaintiff*

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By: */s/ Diana V. Valdivia*
    DIANA V. VALDIVIA, DC Bar #1006628
    L'SHAUNTEE J. ROBERTSON
        DC Bar # 980248
    Assistant United States Attorneys
    601 D Street, N.W.
    Washington, D.C. 20530
    Phone: (202) 252-2545 or (202) 252-1729

    *Attorneys for the United States of America*