UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IMMIGRATION REFORM LAW INSTITUTE,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>          Defendants. | Civil Action No. 24-2818 (RC) |

## SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Sam Escher and remove the appearance of Assistant United States Attorneys L'Shaunteé Robertson and Diana Valdivia as counsel for Defendants in the above-captioned case.

Date:  June 14, 2025
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:     */s/ Sam Escher*
        SAM ESCHER, D.C. Bar #1655538
        Assistant United States Attorney
        601 D Street, NW
        Washington, DC 20530
        (202) 252-2531
        Sam.Escher@usdoj.gov

*Attorneys for the United States of America*