UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IMMIGRATION REFORM LAW INSTITUTE,<br><br>　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.,<br><br>　　Defendants. | Civil Action No. 24-2818 (RC) |

## JOINT STATUS REPORT

Pursuant to the Court's April 18, 2025, Minute Order, Minute Order, Plaintiff Immigration Reform Law Institute, and Defendants Department of Education ("Education"), Department of State ("State"), United States Citizenship and Immigration Services ("USCIS"), and United States Immigration and Customs Enforcement ("ICE"), by and through undersigned counsel, respectfully submit this Joint Status Report.

　　1.　　This case stems from Plaintiff's November 30, 2023, Freedom of Information Act ("FOIA") requests to each Defendant for records related to communications with university or college employees containing the words "Israel," "Palestine," "Gaza," or "Hamas," among others.

　　2.　　Education reports no changes since the prior joint status report. It has completed processing Plaintiff's request and will work with Plaintiff to resolve any issues.

　　3.　　State reports no changes since the prior status report. It completed its production in November 2024 and will work with Plaintiff to resolve any issues.

　　4.　　USCIS reports no changes since the prior status report. Consistent with its responses in Defendants' Answer (ECF No. 11), USCIS conducted a search for responsive records, which yielded none. USCIS will work with Plaintiff to resolve any issues.

5.     ICE is still processing the request. ICE anticipates a finalized response and production in the near future.

In accordance with the Court's April 18, 2025, Minute Order, the Parties will file another Joint Status Report by Thursday, October 16, 2025.

Date:  July 17, 2025

| | |
|---|---|
| */s/ David Leon Jaroslav* <br> David L. Jaroslav, D.C. Bar# 90021286 <br> Mateo Forero-Norena, D.C. Bar # 90002605 <br> Immigration Reform Law Institute <br> 25 Massachusetts Avenue, NW, Suite 335 <br> Washington, DC 20001 <br> Phone: 571-236-8146 <br> djaroslav@irli.org <br> mforero@irli.org <br><br> *Attorneys for Plaintiff* | Respectfully submitted, <br><br> JEANINE FERRIS PIRRO <br> United States Attorney <br><br> By:    */s/ Sam Escher* <br>       SAM ESCHER, D.C. Bar #1655538 <br>       Assistant United States Attorney <br>       601 D Street, NW <br>       Washington, DC 20530 <br>       (202) 252-2531 <br>       Sam.Escher@usdoj.gov <br><br> *Attorneys for United States of America* |