UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IMMIGRATION REFORM LAW INSTITUTE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.,<br><br>Defendants. | Civil Action No. 24-2818 (RC) |

**JOINT STATUS REPORT**

Pursuant to the Court's April 18, 2025, Minute Order, Plaintiff Immigration Reform Law Institute, and Defendants U.S. Department of Education ("Education"), U.S. Department of State ("State"), U.S. Citizenship and Immigration Services ("USCIS"), and U.S. Immigration and Customs Enforcement ("ICE"), by and through undersigned counsel, respectfully submit this joint status report.

1. This case stems from Plaintiff's November 30, 2023, Freedom of Information Act ("FOIA") requests to each Defendant for records related to communications with university or college employees containing the words "Israel," "Palestine," "Gaza," or "Hamas," among others.

2. Education reports no changes since the prior joint status report. It has provided records responsive to Plaintiff's request and will work with Plaintiff to resolve any issues.

3. State reports no changes since the prior joint status report. It completed its production in November 2024 and will work with Plaintiff to resolve any issues.

4. USCIS reports no changes since the prior status report. Consistent with its responses in Defendants' Answer (ECF 11), USCIS conducted a search for responsive records, which yielded none. USCIS will work with Plaintiff to resolve any issues.

5.	In prior joint status reports, ICE stated that it was still processing the request; however, ICE clarifies that it issued a no records response on May 20, 2025.

In accordance with the Court's April 18, 2025, Minute Order, the parties will file another joint status report by Tuesday, March 10, 2026.

Date:   December 8, 2025                    Respectfully submitted,

*/s/ David Leon Jaroslav*                   JEANINE FERRIS PIRRO
David L. Jaroslav, D.C. Bar# 90021286       United States Attorney
Mateo Forero-Norena, D.C. Bar # 90002605
Immigration Reform Law Institute            By:       */s/ Sam Escher*
25 Massachusetts Avenue, NW, Suite 335              SAM ESCHER, D.C. Bar #1655538
Washington, DC 20001                                Assistant United States Attorney
Phone: 571-236-8146                                 601 D Street, NW
djaroslav@irli.org                                  Washington, DC 20530
mforero@irli.org                                    (202) 252-2531
                                                    Sam.Escher@usdoj.gov
*Attorneys for Plaintiff*
                                            *Attorneys for United States of America*