UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IMMIGRATION REFORM LAW INSTITUTE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.,<br><br>Defendants. | Civil Action No. 24-2818 (RC) |

**JOINT STATUS REPORT**

Pursuant to the Court's April 18, 2025, Minute Order, Plaintiff Immigration Reform Law Institute, and Defendants U.S. Department of Education ("Education"), U.S. Department of State ("State"), U.S. Citizenship and Immigration Services ("USCIS"), and U.S. Immigration and Customs Enforcement ("ICE"), by and through undersigned counsel, respectfully submit this joint status report.

This case stems from Plaintiff's November 30, 2023, Freedom of Information Act ("FOIA") requests to each Defendants for records related to communications with university or college employees containing the words "Israel," "Palestine," "Gaza," or "Hamas," among others. Plaintiff is satisfied with Defendants' productions. The only issue that remains is attorneys' fees.

In accordance with the Court's April 18, 2025, Minute Order, the parties will file another joint status report by Wednesday, June 10, 2026.

\*   \*   \*

| | |
|---|---|
| Date:   March 10, 2026 | Respectfully submitted, |
| | |
| */s/ David Leon Jaroslav* | JEANINE FERRIS PIRRO |
| David L. Jaroslav, D.C. Bar# 90021286 | United States Attorney |
| Mateo Forero-Norena, D.C. Bar # 90002605 | |
| Immigration Reform Law Institute | By:        */s/ Sam Escher* |
| 25 Massachusetts Avenue, NW, Suite 335 | SAM ESCHER, D.C. Bar #1655538 |
| Washington, DC 20001 | Assistant United States Attorney |
| Phone: 571-236-8146 | 601 D Street, NW |
| djaroslav@irli.org | Washington, DC 20530 |
| mforero@irli.org | (202) 252-2531 |
| | Sam.Escher@usdoj.gov |
| *Attorneys for Plaintiff* | |
| | *Attorneys for United States of America* |